UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
SEP 16 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:23-cr-00123-JRS-MG |
| GREGORY HENDERSON, JR., a/k/a Grego, a/k/a Whitey, | ) | -02 |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Second Superseding Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1) and 846 Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances | 10-Life | NMT $10,000,000 | NLT 5 Years |
| 2 | 18 U.S.C. § 1956(a)(1)(B)(i) and (h) Conspiracy to Launder Monetary Instruments | 0-20 years | $500,000 | NMT 3 years |
| 3 | 7 U.S.C. § 2156, 18 U.S.C. § 371 Conspiracy to Engage in an Animal Fighting Venture (Dogfighting) | 0-5 Years | NMT $250,000 | NMT 3 Years |

Dated: _____

_____
GREGORY HENDERSON, JR.
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana