UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY HENDERSON, JR.,<br><br>Defendant. | ) | No. 1:23-cr-00123-JRS-MG<br><br>-02 |
| JOHNESE ARNOLD,<br><br>Claimant. | ) | |

**ORDER SETTING FINAL PRETRIAL, SETTING TRIAL OUTSIDE THE SPEEDY TRIAL LIMITS AND PRETRIAL FILING DEADLINES**

On September 15, 2023, the Court granted the Government's motion and found this matter qualifies as a complex case pursuant to 18 U.S.C. §3161(h)(7)(B)(ii) and this case was set for trial by jury on October 21, 2024. (ECF No. 300). Trial has since been continued to November 16, 2026. (ECF No. 1400). Defendant Gregory Henderson was not arrested until August 12, 2026. Accordingly, this defendant is now set along with the co-defendants for a final pretrial conference on **October 29, 2026, at 9:00 a.m.** in Room 202 and trial by jury on **November 16, 2026, at 9:00 a.m.** in Room 202, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN. It is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established in the Speedy Trial Act. The Court finds that the ends of justice served by this trial setting outweighs the best interest of the public and the defendants to a speedy trial, pursuant to 28 U.S.C. §3161(h)(7)(A). The delay

attributable to the extended trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act.

Counsel shall be prepared to fully discuss the status of the action, including all matters requiring completion in advance of trial. The Defendant(s) is/are ordered to appear at the final pretrial conference.

To facilitate the conference, and ultimately the trial, the Court sets the following pretrial deadlines. If a petition to enter a plea of guilty is filed before the first pretrial filing deadline, then the deadlines below will be vacated. If a motion to continue the trial is filed before the first pretrial filing deadline, then the deadlines will be continued in conjunction with the continuance of the final pretrial and trial dates.

| **ITEM** | **DESCRIPTION** | **DEADLINE** |
|---|---|---|
| Filing of motions that must be made pursuant to Fed. R. Crim. P. 12(b)(3) | Any motion listed in Fed. R. Crim. P. 12(b)(3), except for a motion of discovery | Two weeks before the final pretrial |
| Filing of motions to change venue or division | *See* Fed. R. Crim. P. 18, 21 | Two weeks before the final pretrial |
| Filing of notices of certain defenses | Any defenses specified in Fed. R. Crim. P. 12.1, 12.2, or 12.3 | Two weeks before the final pretrial |
| Government's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. P. 16(a)(1)(A)-(F) | Two weeks before the final pretrial |

| ITEM | DESCRIPTION | DEADLINE |
|---|---|---|
| Government's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. P. 16(a)(1)(G) | Two weeks before the final pretrial |
| Defendant's pre-trial disclosure (non-expert) | All information subject to disclosure under Fed. R. Crim. P. 16(b)(1)(A)-(B) | Two weeks before the final pretrial |
| Defendant's pre-trial disclosure (expert) | Expert information subject to disclosure under Fed. R. Crim. P. 16(b)(1)(C) | Two weeks before the final pretrial |
| Filing of notice of Rule 404(b) Evidence | If the Government intends to offer evidence of other crimes, wrongs, or acts at trial, the Government must file a notice setting forth the nature of such evidence and the purpose(s) for which it will be offered. | Two weeks before the final pretrial |
| Transcripts of wiretaps | If the Government intends to introduce into evidence transcripts of wiretaps at trial as part of its case-in-chief, it must provide the defense with copies of those transcripts. | Two weeks before the final pretrial |
| Filing of Government's trial witness and exhibit list | A list of witnesses whom the Government intends to call and the exhibits it intends to introduce as part of its case-in-chief.<br><br>If the Government plans to call any cooperating witnesses or use any exhibits which reveal the identities of cooperating witnesses, it must file a Notice with the Court and may exclude those individuals and exhibits from its witness and exhibit lists. The Government must then file complete witness and exhibit lists by a date that will be determined at the final pre-trial conference. | Two weeks before the final pretrial |
| Filing of Defense's trial witness and exhibit list | A list of witnesses whom the defense intends to call and exhibits it intends to introduce as part of the defense case-in-chief. | Two weeks before the final pretrial |

| ITEM | DESCRIPTION | DEADLINE |
|---|---|---|
| Filing of motions in limine | Any motions in limine (including *Santiago* proffers) must be filed.<br><br>If the Government has filed a Notice indicating its use of cooperating witnesses, it may defer filing any *Santiago* proffers until **one week** prior to the final pretrial conference. Any objections to *Santiago* proffers must be filed by **four days** before trial. | Two weeks before the final pretrial |
| Filing of proposed preliminary jury instructions and objections to the Court's standard preliminary instructions. | After reviewing the Court's standard preliminary jury instructions, which are available from the Courtroom Deputy, the parties may file proposed additional instructions. If any party objects to the Court's standard preliminary jury instructions, the party must file a written objection specifying the grounds for the objection and applicable authority. Upon filing proposed instructions, a **Word version should be emailed to the Courtroom Deputy (Samantha_Burmester@insd.uscourts.gov).** | Two weeks prior to the final pretrial |
| Filing of proposed generic final jury instructions and objections to the Court's generic final jury instructions. | The Court's generic final instructions are available from the Courtroom Deputy. If any party objects to any of the Court's generic instructions, it may file an objection. The parties may file proposed additional generic final jury instructions. Such instructions also should be **emailed to the Courtroom Deputy in Word format**. | Two weeks before the final pretrial |
| Motions for additional discovery or inspection | If, despite having first met and conferred, the parties are unable to resolve disputes about additional information that must be exchanged, they may file a motion for the Court's ruling. Any motions for third-party subpoenas returnable before trial must also be filed by this date. | One week before the final pretrial |
| Counter-designations of wiretaps | If the defense intends to introduce additional wiretap transcripts as part of the defense case-in-chief, the defense must provide the Government with copies of those transcripts. | One week before the final pretrial |

| **ITEM** | **DESCRIPTION** | **DEADLINE** |
|---|---|---|
| Filing of responses to motions in limine | Responses, if any, must be filed. | One week before the final pretrial |
| Filing of proposed voir dire and objections. | The Court's standard preliminary voir dire questions are available from the Courtroom Deputy. The Court will examine the venire using these questions unless a specific objection is sustained at the final pretrial conference. Written objections must be filed specifying the grounds for the objection and applicable authority. The parties may file proposed additional voir dire questions that they would like the Court to ask the venire. The proposed questions must be accompanied by a statement (1) as to whether opposing counsel objects to the proposed question, and (2) if so, that the parties have met and conferred in an attempt to resolve the objection. | One week before the final pretrial |
| Filing of Redacted Indictment | The parties shall meet and confer about whether the government should read the venire and/or jury the entire indictment that was returned in this matter, or whether portions of the indictment should be redacted. Unless the parties file an agreed or competing proposed redacted indictment, the complete indictment will be used at trial. | One week before the final pretrial |
| Filing of objections to any other party's proposed preliminary jury instructions. | If any party objects to any other party's proposed preliminary instructions, the party must file a written objection specifying the grounds for the objection and applicable authority. | One week before the final pretrial |

| ITEM | DESCRIPTION | DEADLINE |
|---|---|---|
| Filing of objections to another party's proposed generic final jury instructions. | Any objection to a party's proposed generic final jury instruction must be filed, specifying the grounds for the objection and applicable authority. | One week before the final pretrial |
| Filing of proposed case-specific final jury instructions. | The parties are to confer regarding proposed case-specific final jury instructions and file them in a single document comprising all proposed final instructions. The document should contain the proposed final instruction, the Government's objection (if any) and the defendant's objection (if any) and then move on to the next instruction. Upon filing, a **Word version should be emailed to the Courtroom Deputy**. | One week before the final pretrial |
| Submission of agreed verdict forms | The parties must meet and confer regarding the forms of the verdict. If they agree, they should **email the forms in Word format to the Courtroom Deputy**. If they cannot agree, they must file their competing forms and upon filing, **email them in Word format to the Courtroom Deputy**. | One week before the final pretrial |
| Filing of stipulations | The parties are encouraged to stipulate to the extent possible, consistent with counsel's professional obligations. Stipulations must be signed and filed. | Before trial |

**SO ORDERED.**

Date: 9/1/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.