AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

United States of America
v.

GREGORY HENDERSON, JR.
a/k/a Grego a/k/a Whitey -02

*Defendant*

Case No. 1:23-cr-00123-JRS-MG

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GREGORY HENDERSON, JR.,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ☑ Second Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1) and 846
Count 2: Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and (h)
Count 3: Conspiracy to Engage in an Animal Fighting Venture (Dogfighting), in violation of 7 U.S.C. § 2156, 18 U.S.C. § 371

Date: 9/17/2025

CLERK OF COURT, Kristine L. Seufert

BY: [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

City and state: Indianapolis, Indiana

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: 9/2/26

Served in courtroom 270 @ 1435
No physical arrest. ZWT

[signature]
*Arresting officer's signature*

Z. Trusler
*Printed name and title*