UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:23-cr-00123-JRS-MG |
| GREGORY HENDERSON, JR., Defendant. | ) -02 | |

**WAIVER OF DETENTION HEARING**

Comes now the defendant and, having been advised by counsel of his right to a detention hearing, now waives said detention hearing, pursuant 18 U.S.C. §3142(f)(2).

Further, the defendant understands that he will be detained until time of trial.

Date: 9/2/2026

GREGORY HENDERSON, JR. (02)

Attorney for Defendant

Approved:

United States Magistrate Judge, Mario Garcia