UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-00123-JRS-MG |
| | ) | |
| GREGORY HENDERSON, JR., | ) -02 | |
| | ) | |
| Defendant. | ) | |

**ORDER APPOINTING CJA COUNSEL**

This Court has determined that Defendant Gregory Henderson, Jr., is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, pursuant to the Criminal Justice Act (18 U.S.C. § 3006A), the Court hereby appoints **Ted Minch** as counsel to represent Defendant Gregory Henderson, Jr. for all proceedings in this matter. This appointment shall be deemed effective as of **September 2, 2026**.

SO ORDERED.

Date: 9/3/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution: Email to all counsel of record via CM/ECF