UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:23-cr-00123-JRS-MG |
| GREGORY HENDERSON, JR., | ) -02 | |
| MICHAEL SANDERS, | ) -14 | |
| THOMAS RAYFORD, | ) -29 | |
| REMY ADAMS, | ) -30 | |
| TITUS LAWLER, | ) -31 | |
| Defendants. | ) | |

# ORDER

This matter is before the Court on Remy Adams' Motion to Continue the final pretrial conference date and trial date presently set in this cause, and the Court, being duly advised, now finds the Motion is well taken, and that the Motion should be **GRANTED** for the reasons set forth in the Motion (Dkt. 1489). The Court notes that the Government does not object. The Court confirmed with Defendants 14, 29 and 31 that there are no objections. Defendant 1 has not yet been arrested or appeared before a judicial officer in this district court. Defendant 2 did not appear before a judicial officer until September 2, 2026 and counsel was just appointed on today's date. Trial has already been vacated for Defendants 3-13 and 15-28.

The Court finds further that the ends of justice served by the continuance outweigh the best interests of the public and Defendant(s) to a speedy trial.

The delay attributable to the changed trial date shall be excludable from the computations of time pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §3161. The interests of justice as stated in the motion for continuance are best served by the delay so that both the accused and the government can adequately prepare for and receive a fair trial, and/or attempt an agreed resolution of the case, and those interests outweigh the interests of the public and the Defendant(s) in a speedy trial in this case.

IT IS THEREFORE ORDERED that the October 29, 2026, final pretrial conference, and the November 16, 2026, trial dates are vacated as to Defendants 2, 14, and 29-31. The final pretrial conference is rescheduled to commence on **April 29, 2027 at 9:00 a.m. (ET)**; and the jury trial is rescheduled to commence on **May 17, 2027 at 9:00 a.m. (ET)** in Room 202, United States Courthouse, 46 E. Ohio Street, Indianapolis, IN as to Defendants 2, 14, and 29-31.

Date: 9/3/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.