**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cr-123-JRS-MJG-2 |
| | ) | |
| GREGORY HENDERSON, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANT**

Please enter my appearance on behalf of Defendant, GREGORY HENDERSON, in the above-captioned matter.

SOVICH MINCH, LLP,

*/s/ Theodore J. Minch*

Theodore J. Minch (IN#18798-49)
10099 Chesapeake Drive
Fishers, Indiana 46055
Tel: (317) 939-1050
Email: tjminch@sovichminch.com

*Attorney for Gregory Henderson, Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, this 8th day of September, 2026:

Adam Eakman
DOJ-USAO
Email: adam.eakman@usdoj.gov

*/s/ Theodore J. Minch*
Theodore J. Minch (IN#18798-49)
SOVICH MINCH, LLP